James G. Schwartz, Esq.  (SBN 069371)
Joshua Brysk, Esq.  (SBN 184200)
Law Offices of James G. Schwartz
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone  (925) 463-1073
Facsimile  (925) 463-2937
E-mail: jim@jgschwartz.com
E-mail: josh@jgschwartz.com

Attorneys for Defendant Weiping Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV, , <br><br> Plaintiff, <br><br> vs. <br><br> WEIPING CHEN, an individual; and HONGDI REN, an individual. <br><br> Defendants. | Case No.: 4:14-cv-3430 CW <br><br> **DEFENDANT WEIPING CHEN'S SUBSTITUTION OF ATTORNEY AND ORDER** |

TO THE COURT AND ALL PARTIES HEREIN:

NOTICE IS HEREBY GIVEN that Defendant Weiping Chen hereby makes the following substitution of attorneys:

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

1
DEFENDANT WEIPING CHEN'S SUBSTITUTION OF ATTORNEY & ORDER

1. Former Legal Representative for the above-mentioned parties:

   James G. Schwartz
   Joshua D. Brysk
   Law Offices of James G. Schwartz, P.C.
   7901 Stoneridge Drive, Suite 401
   Pleasanton, CA 94588
   Telephone: (925) 463-1073
   Fax: (925) 463-2937

2. New Legal Representative for the above-mentioned parties:

   WeiPing Chen
   2956 West Castle Pine Terrace
   Dublin, CA 94568
   Telephone: 908-727-0312

3. I consent to this substitution.

   Date: 12/8/2014

   _____
   Weiping Chen

4. I consent to this substitution.

   Date: 12/8/2014

   _____
   James G. Schwartz
   Joshua D. Brysk
   LAW OFFICES OF JAMES G. SCHWARTZ, P.C.

4. I consent to this substitution.

   Date: 12/8/2014

   _____
   Weiping Chen

///
///
///

DEFENDANT WEIPING CHEN'S SUBSTITUTION OF ATTORNEY & ORDER    2

1  After review of the Substitution of Attorney, IT IS SO ORDERED:

3  Date: 12/15/2014                              /s/ Claudia Wilken
                                                 The Hon. Claudia Wilken

6  Chen, Weiping\DeclRelief\pldg\sub attorney120814

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

DEFENDANT WEIPING CHEN'S SUBSTITUTION OF ATTORNEY & ORDER     3

# CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 and not a party to the above-entitled action. I am a citizen of the United States, employed in the County of Alameda, State of California. My business address is:

7901 Stoneridge Drive, Suite 401<br>
Pleasanton, CA  94588<br>
Facsimile: (925) 463-2937

On the date and from the location listed below, I caused the following document(s), the original of which was produced on recycled paper, to be served in the following manner:

**DEFENDANT WEIPING CHEN'S SUBSTITUTION OF ATTORNEY AND ORDER**

__X__ E-MAIL – By electronic mail or as follows:

**Through the Court's CM/ECF filing system under Local Rule 5.5(b).**

Service was directed to:

| | |
|---|---|
| Allan Edward Herzlich<br>Jerome Jay Blum<br>Herzlich & Blum LLP<br>15760 Ventura Blvd #2024<br>Encino, CA 91436<br>Tel:  818-783-8991<br>Email:  allan@herzlich-blum.com<br>*Attorneys for Plaintiff* | |

__X__ MAIL– By United States Mail at Pleasanton, California in an envelope with postage thereon fully prepaid or as follows:

**FIRST CLASS MAIL**

Service was directed to:

| | |
|---|---|
| Hongdi Ren<br>2956 West Castle Pines Terrace<br>Dublin, CA 94568<br>Tel: 925-236-2238<br>Email:  hongdren@gmail.com<br>*Defendant Pro Se* | Weiping Chen<br>2956 West Castle Pine Terrace<br>Dublin, CA 94568<br>Tel:  908-727-0312 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 9, 2014, at Pleasanton, California.

_____/s/_____<br>
Roberta So

Law Offices of<br>
JAMES G. SCHWARTZ<br>
7901 Stoneridge Drive<br>
Suite 401<br>
Pleasanton, CA 94588<br>
(925) 463-1073

Certificate of Service   1   Case No. C11-2966 DMR