UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND INNOVATIONS, NV,<br><br>     Plaintiff,<br><br>   v.<br><br>WEIPING CHEN and HONGDI REN,<br><br>     Defendants. | Case No.  14-cv-03430-CW<br><br>**ORDER FOR APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

A case management conference has been scheduled for January 7, 2015, at 2:00 p.m.  If Defendant Hongdi Ren fails to appear at this case management conference, her default will be entered and a default judgment will be entered against her.

**IT IS SO ORDERED**.

Dated:   December 15, 2014

_____
CLAUDIA WILKEN
United States District Judge