IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIDLAND INNOVATIONS, NV,

    Plaintiff,

  v.

WEIPING CHEN and HONGDI REN,

    Defendants.
_____/

No. C 14-3430 CW

CONDITIONAL ORDER OF DISMISSAL

    In recognition that the above-captioned matter seeks adjudication of issues duplicative of the issues already adjudicated by this Court in case number 07-MC-80257, it is hereby ordered that Plaintiff's claims are dismissed.  However, if Plaintiff shows good cause as to the necessity of this action within 120 days of the date of this order, this order shall stand vacated and this cause shall forthwith be restored to the Court's calendar.

    IT IS SO ORDERED.

Dated: March 26, 2015

_____
CLAUDIA WILKEN
United States District Judge